UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROZETTA PACHECO,<br><br>  Plaintiff,<br><br>  vs.<br><br>CAROLYN W. COLVIN, Commissioner of Social Security,<br><br>  Defendant. | CASE NO. 13-6908 AGR<br><br>JUDGMENT |

    IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff and that this action is remanded to the Commissioner for further proceedings consistent with the Memorandum Opinion and Order.

DATED: July 2, 2014

_____
ALICIA G. ROSENBERG
United States Magistrate Judge